Donald UNGER, Appellant

v.

**PA. BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

July 15, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2011, the Application for Summary Relief/Application for Stay is **GRANTED** to the extent that it requests summary relief. The Order of the Commonwealth Court is **AFFIRMED**. The Application for Summary Relief/Application for Stay is **DISMISSED AS MOOT** to the extent that it requests a stay of the briefing schedule.